IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **United States of America** | ) | |
| Plaintiff(s), | ) | |
| | ) | Case No: 1:22-cr-0078 |
| v. | ) | Magistrate Judge Beth W. Jantz |
| | ) | |
| **Mitch Mohdi** | ) | |
| Defendant(s), | ) | |

## ORDER

Initial appearance held on 2/9/2022. Defendant appears in response to arrest on 2/8/2022, with medical attention in between the time of his arrest and the initial appearance. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear by telephone conference. The Court finds defendant is unable to afford counsel. Enter order appointing Attorney Seema Ahmed as counsel for defendant. Defendant is advised of charges and maximum penalties available under the law and informed of his rights. The Government orally moves for a detention hearing pursuant to 18 U.S.C. Section 3142(f)(1)(C). Defendant waives detention hearing without prejudice. Preliminary Examination is scheduled for 2/17/2022 at 1:00 pm via telephone. To join the call, counsel shall dial 888-273-3658 and enter access code 2217918. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court orally admonished the parties, confirmed the government's obligation to disclose favorable evidence to the accused under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and ordered it to do so.

(00:20)

Date: 2/9/2022

/s/ Beth W. Jantz
Beth W. Jantz
United States Magistrate Judge