# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                                        Case No.: 1:22−cr−00078

                                                                       Honorable Beth W. Jantz

Mitch Mohdi

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 16, 2022:

      MINUTE entry before the Honorable Beth W. Jantz as to Mitch Mohdi: Preliminary hearing set for 2/17/2022 is cancelled as the Government has represented that the grand jury has returned an indictment. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.