

FILED
2/15/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MITCH MOHDI | Case No. 22 CR 78<br><br>Violations: Title 21, United States Code, Section 841(a)(1)<br><br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE JANTZ |

### COUNT ONE

The SPECIAL MAY 2021 GRAND JURY charges:

On or about January 25, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

MITCH MOHDI,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperindinyl] propanamide), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL MAY 2021 GRAND JURY further charges:

On or about February 8, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

MITCH MOHDI,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperindinyl] propanamide), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

The SPECIAL MAY 2021 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any property used, and intended to be used, in any manner and part, to commit and to facilitate commission of the offense, as provided in Title 21, United States Code, Sections 853(a)(2).

2. If any property described above, as a result of any act or omission by defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court, has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Jason Yonan on behalf of the
UNITED STATES ATTORNEY