Order Form (01/2005)             22 GJ 144

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | *Jeff Cole* |
|---|---|---|---|
| **CASE NUMBER** | 22 CR 78 | **DATE** | FEBRUARY 15, 2022 |
| **CASE TITLE** | U.S. v. MITCH MOHDI | **JUDGE GETTLEMAN** **MAGISTRATE JUDGE JANTZ** | |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for ___SPECIAL MAY 2021___ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge ___*Jeff Cole*___

---

NO BOND SET; DETAINED BY MAGISTRATE JUDGE.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE             UNDER SEAL)

Courtroom Deputy Initials: *ys*




FILED 2/15/2022 CM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Page 1 of 1