**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:22–cr–00078
Honorable Robert W. Gettleman

Mitch Mohdi

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 24, 2022:

MINUTE entry before the Honorable Beth W. Jantz as to Mitch Mohdi: Arraignment proceedings held on 2/24/2022. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear telephonically. Defendant acknowledges receipt of the Indictment, waives formal reading, enters a plea of not guilty to each count in which he is named. Rule 16.1(a) conference to be held as soon as possible. Telephonic status hearing before Judge Gettleman set for 3/10/2022 at 10:00 a.m. The call–in number is (888) 684–8852 and the access code is 1503395. Time from 2/24/2022 to and including 3/10/2022 is under 18 U.S.C. § 3161(h)(7) to serve the ends of justice. Excluding time will permit the parties to review discovery materials and allow the time that is reasonably necessary for effective preparation. Such delay outweighs the interests of the public and the defendant in a speedy trial, particularly at this early stage of the case. (X–T) Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.