## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                                   Case No.: 1:22−cr−00078

                                                                          Honorable Robert W. Gettleman

Mitch Mohdi

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 7, 2022:

      MINUTE entry before the Honorable Robert W. Gettleman as to Mitch Mohdi: The court *sua sponte* resets the telephonic hearing currently set for 3/10/2022 at 10:00 a.m. to 3/10/2022 at 9:45 a.m. (TIME CHANGE ONLY). The call−in number is (888) 684−8852 and the access code is 1503395. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.