UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  22 CR 78 |
| | ) | |
| | ) | Judge Robert W. Gettleman |
| MITCH MOHDI | ) | |

**MOTION OF THE UNITED STATES FOR ENTRY OF**
**A FINAL ORDER OF FORFEITURE**

The UNITED STATES OF AMERICA, through MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, moves for entry of a final order of forfeiture as to specific property pursuant to the provisions of Title 21, United States Code, Section 853(a)(2) and Federal Rule of Criminal Procedure 32.2, and in support thereof submits the following:

1. On February 15, 2022, an indictment was returned charging defendant MITCH MOHDI in Counts One and Two with violations of the Controlled Substances Act pursuant to the provisions of Title 21, United States Code, Section 841(a)(1).

2. The indictment sought forfeiture to the United States of any and all right, title, and interest the defendant may have in any property used, and intended to be used, in any manner or part, to commit and to facilitate the commission of the offense, pursuant to the provisions of Title 21, United States Code, Section 853(a)(2).

3. On September 19, 2022, pursuant to Fed. R. Crim. P. 11, defendant MITCH MOHDI entered a voluntary plea of guilty before the Court to Count One of the indictment, charging him with distributing a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperindinyl] propanamide), in violation of Title 21, United States Code, Section 841(a)(1).

4. In the plea agreement entered into between the defendant MITCH MOHDI and the United States, defendant acknowledged a black Samsung cellular telephone, bearing IMEI 357816336638273 is subject to forfeiture as property involved in the offense of the violation alleged in Count One of the indictment. Defendant MITCH MOHDI agreed to the entry of a preliminary order of forfeiture, relinquishing any right, title or interest he has in the foregoing property pursuant to Title 21, United States Code, Section 853(a)(2).

5. On November 10, 2022, this Court entered a preliminary order of forfeiture forfeiting all right, title, and interest of defendant MITCH MOHDI in the foregoing property, and directing the Drug Enforcement Administration to seize and take custody of the foregoing property for disposition according to law. The asset tracking database record displays the property is in the custody of the Drug Enforcement Administration. Further, pursuant to the provisions of Title 21, United States Code, Section 853(n)(1), the United States was ordered to publish notice of its intention to dispose of the foregoing property according to law.

6. Pursuant to the provisions of Title 21 United States Code, Section 853(n)(1), beginning on March 9, 2023, and continuing for at least 30 consecutive days, notice of the criminal forfeiture was posted on an official government internet site. A copy of the declaration of publication is attached as **Exhibit A**. Pursuant to the provisions of Title 21, United States Code, Section 853(n)(1), no other parties are known to have an interest in the property and accordingly, no other parties were personally served with a copy of the notice of forfeiture and the preliminary order of forfeiture.

7. To date, no petitions have been filed requesting a hearing to adjudicate an interest in the foregoing property and the time in which to do so has expired.

WHEREFORE, pursuant to the provisions of Title 21, United States Code, Section 853(a)(2) and Fed. R. Crim. P. 32.2, the United States requests that this Court enter a preliminary order of forfeiture as to a black Samsung cellular telephone, bearing IMEI 357816336638273, in accordance with the draft final order of forfeiture which is submitted herewith.

        Respectfully submitted,

        MORRIS PASQUAL
        Acting United States Attorney

By:   */s/ Ann Marie E. Ursini*
     ANN MARIE E. URSINI
     Assistant United States Attorney
     219 South Dearborn Street, Room 500
     Chicago, Illinois 60604
     (312) 353-5300